
**FILED**

AUG 2 9 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SHEWANDA R.M. PRICE, )
)
        Plaintiff, )
)
v. ) Civil Action No. 17-1623 (UNA)
)
HOUSE OF RUTH, )
)
        Defendant. )

## MEMORANDUM OPINION

Plaintiff files "this Class A Federal Human Rights [Di]plomatic Immunity Business Enterprise Entrepreneur Buildings Builder Architect Contractor . . . Workman Compensation Lawsuit" in order to collect $ 5 trillion in punitive damages from the House of Ruth.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). The complaint does not articulate a claim arising under the United States Constitution or federal law; therefore, the plaintiff does not raise a federal question. Furthermore, because the plaintiff does not demonstrate that the parties are citizens of different states, the plaintiff also fails to establish diversity jurisdiction.

The Court will grant plaintiff's application to proceed *in forma pauperis* and dismiss the complaint for lack of subject matter jurisdiction. An Order is issued separately.

DATE: 8/17/25

                                            United States District Judge